JAMES BREEZE, as Administrator of the Estate of ROBERT BREEZE, Deceased, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Submitted June 11, 1937; decided July 13, 1937.

*John F. Finn, Jr.*, for appellant.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Ralph W. Thomas* of counsel), for City of New York, respondent.

*Michael Halperin* and *Robert Morris* for Katherine Lavine, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.